D'AQUILA BROS. CONTRACTING CO., INC., Respondent, v. H. R. H. CONSTRUCTION CORP., Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.